THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Beaufort County, South Carolina, and John H. Webber, Petitioners
 
 
 

v.

 
 
 
 The Town of Port Royal, South Carolina, Rose Island Properties, Inc. and George Stephanis, Respondents.
 
 
 

ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

Appeal from Beaufort County
 A. Victor Rawl, Circuit Court Judge

Memorandum Opinion No. 2005-MO-030
Heard June 1, 2005  Filed June 20, 2005 

DISMISSED AS IMPROVIDENTLY GRANTED 

 
 
 
 Jack M. Scoville, Jr., of Georgetown, for Petitioners.
 William B. Regan and Francis I. Cantwell, both of Regan & Cantwell, of Charleston, and David L. Tedder, of Beaufort,  for Respondents.
 
 
 

PER CURIAM:  After full review of the Appendix and briefs, we dismiss the writ of certiorari as improvidently granted. 
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.